UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MIGUEL ANGEL MADRIGAL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-321 |
| | § | |
| GARY CURRIE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Leave to File Amended Complaint. (DE 12). For the reasons stated below, this Motion is **GRANTED**.

Rule 15(a) of the Federal Rules of Civil Procedure provides that, within specified time limits, a party may amend his pleading once as a matter of course. Otherwise, a party may amend its pleadings "by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). Determining when "justice so requires" rests within sound discretion of the district court, which should err on the side of allowing amendment although it should not be granted automatically. *State of Louisiana. v. Litton Mortg. Co.*, 50 F.3d 1298, 1303 (5th Cir. 1995); *See also Chitimacha Tribe of Louisiana v. Harry L. Laws Co. Inc.* 690 F.2d 1157, 1163 (5th Cir. 1982). In exercising its discretion, a court may consider such factors as (1) undue delay; (2) bad faith or dilatory motive on the part of the movant; (3) repeated failure to cure deficiencies by amendments previously allowed; (4) futility of

amendment; and (5) undue prejudice to the opposing party by virtue of allowance of the amendment. *Id.*

Therefore, after consideration of the Motion, and for good cause, the Court hereby finds leave to amend should be given and this Motion is **GRANTED**. Plaintiff shall file an amended complaint no later than December 6, 2013. To the extent the Motion seeks the appointment of counsel, the Court has recently entered an order denying this request and for the same reasons, denies the pending request to appoint counsel without prejudice. (DE 10).

ORDERED this 14th day of November, 2013.

                                                    Jason B. Libby
                                       United States Magistrate Judge